**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES HARKER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC., ASSOCIATION OF INDEPENDENT COMMERCIAL PRODUCERS, INC., SOMETHING IDEAL LLC d/b/a M SS NG P ECES, and BBDO WORLDWIDE, INC.<br><br>　　　　　　　Defendants. | 1:23-cv-07865 (VSB) (SDA)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of

Defendant Meta Platforms, Inc. in the above captioned action:

> Danielle Conley
> Latham & Watkins LLP
> 555 Eleventh Street, NW
> Suite 1000
> Washington, D.C. 20004
> Telephone: (202) 637-2200
> Facsimile: (202) 637-2201
> Email: danielle.conley@lw.com

Dated:  October 24, 2023　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　/s/ Danielle Conley
　　　　　　　　　　　　　　　　Danielle Conley
　　　　　　　　　　　　　　　　555 Eleventh Street, NW
　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　Tel: (202) 637-2200
　　　　　　　　　　　　　　　　Fax: (202) 637-2201
　　　　　　　　　　　　　　　　danielle.conley@lw.com

　　　　　　　　　　　　　　　　*Attorney for Defendant Meta Platforms, Inc.*