# LATHAM & WATKINS LLP

555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 1, 2023          **MEMO ENDORSED**

**VIA ECF**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 17C
New York, New York 10007

Re: *Harker v. Meta Platforms, Inc., et al.* No. 23 Civ. 7865 (LTS) (SDA)
    - Joint Extension Request

Dear Judge Swain:

Defendants Meta Platforms, Inc., Association of Independent Commercial Producers, Inc., Something Ideal, LLC, and BBDO Worldwide, Inc. ("Defendants") jointly write in response to this Court's request dated November 27, 2023 (ECF No. 35) for clarification regarding the status of Defendants' pending motions to dismiss (ECF Nos. 24 and 26) in light of Plaintiff's amended complaint, filed November 22, 2023 (ECF No. 34). Defendants respectfully request that Your Honor deny the pending motions to dismiss as moot without prejudice to give Defendants the opportunity to respond to the new allegations raised by Plaintiff in his amended complaint.

By operation of Federal Rule of Civil Procedure 15(a)(3), Defendants' current deadline to respond to the amended complaint is December 6, 2023. Defendants respectfully request that Your Honor extend the deadline to December 19, 2023. Extending the deadline would afford counsel necessary time to review the amended complaint fully before finalizing a response, especially in light of the Thanksgiving holiday. Plaintiff consents to the requested extension and the below proposed schedule.

| Date | Deadline |
|---|---|
| December 19, 2023 | Last day for Defendants to answer, move to dismiss, or otherwise respond to Plaintiff's amended complaint. |
| January 25, 2024 | Last day for Plaintiff to serve opposition to any motion(s) to dismiss. |
| February 22, 2024 | Last day to serve reply papers in further support of motion(s) to dismiss. |

We appreciate Your Honor's consideration of this request.

    Respectfully submitted,

    /s/ *Danielle Conley*
    Danielle Conley
    Christine C. Smith (admitted *pro hac vice*)
    Jasmine D. Benjamin (admitted *pro hac vice*)
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Tel: (202) 637-2200
    Fax: (202) 37-2201
    Email: danielle.conley@lw.com
    christine.smith@lw.com
    jasmine.benjamin@lw.com

    Melanie M. Blunschi (admitted *pro hac vice*)
    Catherine A. Rizzoni (admitted *pro hac vice*)
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Tel: (415) 391-0600
    Fax: (415) 395-8095
    Email: melanie.blunschi@lw.com
    cat.rizzoni@lw.com

    *Attorneys for Defendant Meta Platforms, Inc.*

cc:  All Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES HARKER,<br><br>                      Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC., ASSOCIATION OF INDEPENDENT COMMERCIAL PRODUCERS, INC., SOMETHING IDEAL LLC, doing business as "M SS NG P ECES," and BBDO WORLDWIDE, INC.,<br><br>                    Defendants. | Case No. 1:23-cv-07865 (LTS) (SDA)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** by and among plaintiff James Harker ("Plaintiff") and defendants Meta Platforms, Inc., Association of Independent Commercial Producers, Inc., Something Ideal, LLC, and BBDO Worldwide, Inc. ("Defendants"), that:

(a) the time within which Defendants may answer or move in response to Plaintiff's complaint is hereby extended to, and including, December 19, 2023;

(b) in the event any party moves to dismiss the complaint, Plaintiff's answering brief shall be due on or before January 25, 2024;

(c) any reply briefs on such motion shall be due on or before February 22, 2024; and

(d) this stipulation may be executed in counterparts, and facsimile, electronic, and .pdf signature shall be considered originals for purposes of this stipulation.

Dated: December 1, 2023
Washington, D.C.

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ *Danielle Conley*
Danielle Conley
Christine C. Smith (admitted *pro hac vice*)
Jasmine D. Benjamin (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: danielle.conley@lw.com
christine.smith@lw.com
jasmine.benjamin@lw.com

Melanie M. Blunschi (admitted *pro hac vice*)
Catherine A. Rizzoni (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000

1

San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email: melanie.blunschi@lw.com
    cat.rizzoni@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

**ELLENOFF GROSSMAN & SCHOLE LLP**

/s/ *Paul P. Rooney*[1]
Paul P. Rooney
Jaclyn Ruocco
Nicola Cilotta
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
(212) 370-1300
prooney@egsllp.com
jruocco@egsllp.com
nciliotta@egsllp.com

*Attorneys for Defendant Association of Independent Commercial Producers, Inc.*

**VENABLE LLP**

/s/ *Jessie F. Beeber*
Jessie F. Beeber
Nicholas M. Reiter
151 W. 42nd Street, 49th Floor New York, New York 10036
(212) 808-5677
jbeeber@venable.com
*Attorneys for Defendant Something Ideal, LLC*

**DAVIS+GILBERT LLP**

/s/ *Guy Cohen*
Guy Cohen
Angela Dunay
1675 Broadway
New York, New York 10019
(212) 468-4853
gcohen@dglaw.com
adunay@sglaw.com

*Attorneys for Defendant BBDO Worldwide, Inc.*

**MURRAY-NOLAN BERUTTI LLC**

/s/ *Ronald A. Berutti*
Ronald A. Berutti
30 Wall Street, 8th Floor
New York, New York 10005
(212) 575-8500
ron@murray-nolanberutti.com

*Attorney for Plaintiff James Harker*

---

[1] Defendants' use of electronic signatures with consent is in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

2

**SO ORDERED THIS** 5th **DAY OF** December **, 2023**

/s/ Laura Taylor Swain

**Laura Taylor Swain**
**United States District Judge**

The Court hereby denies the pending motions to dismiss as moot without prejudice to give Defendants the opportunity to respond to the new allegations raised by Plaintiff in his amended complaint. DE nos. 24, 26, and 37 resolved. SO ORDERED.
12/5/2023
/s/ Laura Taylor Swain, Chief USDJ

3