UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES HARKER,<br><br>      Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., ASSOCIATION OF INDEPENDENT COMMERCIAL PRODUCERS, INC., SOMETHING IDEAL, LLC, doing business as "M SS NG P ECES," and BBDO WORLDWIDE, INC.<br><br>      Defendants. | Case No. 1:23-CV-07865-LTS<br><br>**NOTICE OF DEFENDANT SOMETHING IDEAL, LLC, D/B/A M SS NG P ECES' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDRAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)** |

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Original Complaint and Amended Complaint filed by Plaintiff in the above-captioned action (Dkt. Nos. 1, 34), Defendant Something Ideal, LLC d/b/a "M ss ng P eces" ("Something Ideal"), through its attorneys Venable LLP, will move this Court, before the Honorable Laura T. Swain, United States District Judge, on a date and time to be set by the Court, at the Southern District of New York, 500 Pearl Street, Courtroom 17C, for an Order dismissing the First Amended Complaint against Something Ideal pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for such other further relief as the Court deems just and proper.

Dated: December 19, 2023
New York, New York

VENABLE LLP

/s/ Nicholas M. Reiter
Jessie F. Beeber
Nicholas M. Reiter
151 W 42nd Street, 49th Floor
New York, New York 10036
(212) 370-6296
jfbeeber@venable.com
nmreiter@venable.com

*Attorneys for Defendant Something Ideal, LLC d/b/a "M ss ng P eces"*