**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES HARKER,

                      Plaintiff,

   -against-                                        23 **CIVIL** 7865 (LTS)

                                                                **JUDGMENT**

META PLATFORMS, INC., ASSOCIATION
OF INDEPENDENT COMMERCIAL
PRODUCERS, INC., SOMETHING IDEAL,
LLC, d/b/a "M SS NG P ECES," and BBDO
WORLDWIDE, INC.,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 29, 2024, the Motions are granted to the extent they seek dismissal of the Amended Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Judgment is hereby entered dismissing the Amended Complaint in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

         August 30, 2024

                                                        **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                       **BY:**
                                                   **Deputy Clerk**