UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES HARKER,<br><br>   *Plaintiff*,<br> v.<br><br>META PLATFORMS, INC., ASSOCIATION OF INDEPENDENT COMMERCIAL PRODUCERS, INC., SOMETHING IDEAL, LLC, d/b/a "M SS NG P ECES," and BBDO WORLDWIDE, INC.,<br><br>   *Defendants.* | Civil Action No.: 1:23-cv-07865-LTS<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Plaintiff James Harker hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's August 29, 2024 Memorandum Order (Dkt. No. 49) and August 30, 2024 Judgment (Dkt. No. 50) granting Defendants' motions and dismissing the Amended Complaint.

Dated: September 24, 2024

                   Respectfully submitted,

                   /s/ *Ronald A. Berutti*
                   Ronald A. Berutti
                   Murray-Nolan Berutti LLC
                   30 Wall Street
                   8th Floor
                   New York, NY 10005
                   (212) 575-8500
                   ron@mnblawfirm.com

                   *Counsel for Plaintiff*