Direct Dial: (202) 637-2200
danielle.conley@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

April 17, 2026

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 17C
New York, New York 10007

Re: *Harker v. Meta Platforms, Inc., et al.,* No. 23 Civ. 7865 (LTS) (SDA): Withdrawal of Counsel

Dear Judge Swain:

I represent Defendant Meta Platforms, Inc. ("Meta") in the above referenced case along with, Melanie M. Blunschi, Catherine A. Rizzoni, Christine C. Smith, and Jasmine D. Benjamin. I respectfully request permission to withdraw as counsel for Meta in the above-referenced case. My last day at Latham & Watkins LLP is April 17, 2026.

Latham & Watkins LLP will continue to represent Meta in this case. Thus, my withdrawal will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Meta and that the Court's docket be amended to reflect my withdrawal as counsel.

Thank you for your attention to this request.

Respectfully submitted,

*/s/ Danielle Conley*
Danielle Conley

cc: All Counsel of Record (via CM/ECF)